IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN KINNEY, on behalf of Plaintiff and the class members described below, | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-02523 |
| AMAZON.COM, INC.; and AMAZON.COM SERVICES LLC; | Hon. Jorge L. Alonso |
| Defendants. | |

**DEFENDANTS AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") respectfully move this Court for entry of an Order dismissing Plaintiff Ben Kinney's Amended Class Action Complaint (Doc. No. 22). In support of this Motion, Amazon states as follows:

1. Plaintiff's breach of contract claim (Count I) should be dismissed because Plaintiff has not alleged how Amazon breached any contract at issue, nor has Plaintiff alleged that he has incurred any damages as a result of Amazon's breach.

2. Plaintiff's deceptive practices claim under the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/2 (Count II) should be dismissed because Plaintiff fails to identify any misrepresentation or deceptive act by Amazon, and fails to allege that he suffered actual injury as required to sustain such a claim.

3. Plaintiff's deceptive practices claim under the Washington Consumer Protection Act ("WPCA"), Rev. Code Wash. § 19.86.020, (Count III), should be dismissed because, like with

respect to Count II, Plaintiff fails to identify a misrepresentation or deceptive act by Amazon, and fails to allege that he suffered an actual injury as a result of Amazon's conduct.

4. Plaintiff's ICFA and WPCA claims (Counts II and III) should be dismissed for the additional, and related reason, that Plaintiff's allegations in the Complaint lack the particularity required for pleading fraud claims under Federal Rule of Civil Procedure 9(b).

5. In further support of this Motion, Amazon incorporates its Memorandum of Law filed contemporaneously herewith.

THEREFORE, Amazon respectfully requests that the Court grant its motion and enter an Order dismissing Plaintiff's Amended Complaint and granting such other relief as the Court deems appropriate.

| | |
|---|---|
| DATE: July 27, 2023 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | /s/ *Elizabeth B. Herrington* |
| | Elizabeth B. Herrington |
| | Benjamin U. Kabe |
| | 110 North Wacker Drive, Suite 2800 |
| | Chicago, IL 60606 |
| | T: (312) 324-1445 |
| | F: (312) 324-1001 |
| | beth.herrington@morganlewis.com |
| | benjamin.kabe@morganlewis.com |
| | |
| | Gregory T. Parks (*pro hac vice forthcoming*) |
| | Kristin M. Hadgis (*pro hac vice forthcoming*) |
| | Emily K. Wheeling (*pro hac vice forthcoming*) |
| | 1701 Market Street |
| | Philadelphia, PA 19103 |
| | T: (215) 963-5000 |
| | F: (215) 963-5001 |
| | gregory.parks@morganlewis.com |
| | kristin.hadgis@morganlewis.com |
| | emily.wheeling@morganlewis.com |
| | |
| | *Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2023, I caused a true and correct copy of the foregoing **Motion to Dismiss** to be filed through the Court's CM/ECF System and served the below Counsel of Record via electronic mail:

Daniel A. Edelman
Tara L. Goodwin
Carly Roman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379
courtecl@edcombs.com
tgoodwin@edcombs.com
croman@edcombs.com

/s/ *Elizabeth B. Herrington*
Elizabeth B. Herrington