# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 3, 2024

To:  Thomas G. Bruton
 UNITED STATES DISTRICT COURT
 Northern District of Illinois
 Chicago, IL 60604-0000

| No. 24-1334 | BEN KINNEY, on behalf of Plaintiff and the class members described below,<br>   Plaintiff - Appellant<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-02523<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                F.R.A.P. 42(b)

STATUS OF THE RECORD:                             no record to be returned

form name: **c7_Mandate**    (form ID: **135**)