# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 3, 2024

*By the Court*:

| No. 24-1334 | BEN KINNEY, on behalf of Plaintiff and the class members described below, <br><br>           Plaintiff - Appellant <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON.COM SERVICES LLC, <br>           Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:23-cv-02523 <br> Northern District of Illinois, Eastern Division <br> District Judge Jorge L. Alonso ||

Upon consideration of the **STIPULATION OF DISMISSAL WITH PREJUDICE**, filed on August 30, 2024, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit